FILED: February 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6180

(3:04-cr-00055-FDW-DCK-1)

(3:13-cv-00500-FDW)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FREDERICK L. ENGLE

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:04-cr-00055-FDW-DCK-1<br>3:13-cv-00500-FDW |
| Date notice of appeal filed in originating court: | 01/30/2014 |
| Appellant (s) | Frederick L. Engle |
| Appellate Case Number | 14-6180 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |